IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 14-cv-961 ) ) Hon. Amy J. St. Eve |
| v. | ) ) Magistrate Judge Daniel G. Martin ) |
| MSJ CONSULTING LLC d/b/a SOURCE ORTHOPEDIC SOLUTIONS, a South Carolina corporation, | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: March 7, 2014

Respectfully submitted,

AL AND PO CORPORATION, individually and on behalf of all others similarly situated

By: _____
One of the Attorneys for Plaintiff
And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 7th day of March, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

									_____
									Joseph J. Siprut

4813-6338-2041, v. 1