**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

AL and PO Corporation
                              Plaintiff,

v.                                                    Case No.: 1:14–cv–00961
                                                             Honorable Amy J. St. Eve

MSJ Consulting LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal, plaintiff's individual claims are hereby dismissed with prejudice. Plaintiff's class claims are dismissed without prejudice. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.